### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

#### v.

### Paul L. HAMMER, Respondent.

### No. 376 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 15, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of July, 1999, upon consideration of the Remand Report and Recommendations of the Disciplinary Board dated May 10, 1999, Respondent's Objections and response thereto, it is hereby

ORDERED that Paul L. Hammer be subjected to public censure by the Supreme Court. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

---

4. The Prothonotary of the Supreme Court is directed to transmit the complete record of this case back to the Governor. 42 Pa.C.S. § 9711(i).